```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:06-00145-001

IJAZ OLIVER

## MEMORANDUM OPINION AND ORDER

The court is in receipt of a letter from defendant asking that he permitted to take a job working for AEP. After reviewing defendant's record and consulting with his probation officer, defendant's request is **DENIED**.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, to defendant at 1327 Frame Street, Charleston, WV 25302, and the Probation Department of this court.

**IT IS SO ORDERED** this 22nd day of April, 2014.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge